```
                                                                FILED
1   COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983
2   Name  Allara            Anthony            V.    JUN 1 2 2008
              (Last)            (First)          (Initial)  RICHARD W. WIEKING
3                                                           CLERK, U.S. DISTRICT COURT
                                                            NORTHERN DISTRICT OF CALIFORNIA
4   Prisoner Number   K60159
5   Institutional Address _____
6   ==========================================================
7              E-filing  UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
8
9   (Enter the full name of plaintiff in this action)
                                                 )   CV 08        2943        WHA
10                    vs.                        )   Case No. _____
                                                 )   (To be provided by the Clerk of Court)
11  _____              )
                                                 )   COMPLAINT UNDER THE
12  _____              )   CIVIL RIGHTS ACT,
                                                 )   Title 42 U.S.C § 1983        (PR)
13  _____              )
                                                 )
14  _____              )
    (Enter the full name of the defendant(s) in this action)
15
```

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.   Exhaustion of Administrative Remedies.

18  [**Note:** You must exhaust your administrative remedies before your claim can go

19  forward. The court will dismiss any unexhausted claims.]

20   A.   Place of present confinement  Salinas Valley S.P.

21   B.   Is there a grievance procedure in this institution?

22        YES (✓)   NO ( )

23   C.   Did you present the facts in your complaint for review through the grievance

24        procedure?

25        YES (✓)   NO ( )

26   D.   If your answer is YES, list the appeal number and the date and result of the

27        appeal at each level of review. If you did not pursue a certain level of appeal,

28        explain why.

COMPLAINT                          - 1 -

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ( )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Anthony Allara V. K60159_
_Salinas Valley State Prison DMH. A1_
_"P.O. Box.1050" Soledad Calif. 93960_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_Two C0's At Old Folsome Prison Their names ar yet_

COMPLAINT                                    - 2 -

1  to be pulled from my legal property that is yet
2  being held by the property clerk at C.S.P. Sacramento
3  I 602$^d$ it several times here with no reply.

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On my second day of custody ever at Old Folsome I was called to the medical clinic by two California Officers who on way to clinic diverted me to a room handcuffed then orderd me on my hands & knees then both proceded to kick my ribs from both sides for five minjutes, A brused lung developed from this & I had surgery, Ive been denighed 4 Olsen Review 602$^s$.

2 midnight cell raids while going to court Sac. County Jail 2 men held me so another bent my arm back to fracture. I told this in open court case # 98F092964 took the fifth amendment due to being denighed a change of venue.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Need financial restitution for both cases.
& I should have a right to a Federal Trial. Due to my —
— Notice of appeal being two days late from a late

COMPLAINT                        - 3 -

1  Issue of Notice of Appeal forms at New Folsome -
2  - State Prison.
3  & An Issue of Transcripts   Case # 98F09296
4  # 4A5C14471        "I am an Indigent Prisoner."

5  I declare under penalty of perjury that the foregoing is true and correct.

7  Signed this __5__ day of __June__, 20 _08_

9  _____a. allara_____
10           (Plaintiff's signature)

COMPLAINT                            - 4 -

CR-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Anthony Allara K60159<br>Salinas Valley State Prison P.O. Box 1050<br>Soledad Calif. 93960<br>TELEPHONE NO.:   FAX NO.:<br>ATTORNEY FOR (Name): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

**PEOPLE OF THE STATE OF CALIFORNIA**
vs.
DEFENDANT:

Date of birth: 8.24.56   California Dept. of Corrections No. (if applicable): K60159

| NOTICE OF APPEAL—FELONY (DEFENDANT)<br>(Pen. Code, §§ 1237,1538.5(m); Cal. Rules of Court, rule 8.304) | CASE NUMBER(S): 98F09296<br># 4A5C14471 |
|---|---|

**NOTICE**
- If your appeal challenges the validity of the plea you must complete the *Request for Certificate of Probable Cause* on the other side of this form. (Pen. Code, § 1237.5.)
- You must file this form in the superior court within 60 days after entry of judgment.

1. Defendant (name):
   appeals from the order or judgment entered on (specify date of order, judgment, or sentence): _____

2. This appeal follows:
   a. [✓] A jury or court trial. (Pen. Code, § 1237(a).)
   b. [ ] A contested violation of probation. (Pen. Code, § 1237(b).)
   c. [ ] A guilty (or no-contest) plea or an admitted probation violation (check all boxes that apply):
      (1) [ ] This appeal is based on the sentence or other matters occurring after the plea. (Cal. Rules of Court, rule 8.304.)
      (2) [ ] This appeal is based on the denial of a motion to suppress evidence under Penal Code section 1538.5.
      (3) [ ] This appeal challenges the validity of the plea or admission. *(You must complete the Request for Certificate of Probable Cause on the other side of this form.)*
   d. [ ] Other (specify):

3. [✓] I request that the court appoint an attorney on appeal.   Defendant [ ] was  [✓] was not represented by an appointed attorney in the superior court.

4. Defendant's address:   [✓] same as in attorney box above.
                          [ ] as follows:

Date: 6.5.08

Anthony Allara                                  ▶  A Allara
(TYPE OR PRINT NAME)                              (SIGNATURE OF DEFENDANT OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
CR-120 [Rev. January 1, 2007]

**NOTICE OF APPEAL—FELONY (DEFENDANT)**
**(Criminal)**

Penal Code, §§ 1237, 1538.5(m),
Cal. Rules of Court, rule 8.304
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CR-120

| PEOPLE OF THE STATE OF CALIFORNIA vs. | CASE NUMBER(S): 4A5C14471 |
|---|---|
| DEFENDANT: Anthony Allara | # 98F09296 |

## REQUEST FOR CERTIFICATE OF PROBABLE CAUSE

I request a certificate of probable cause. The reasonable constitutional, jurisdictional or other grounds going to the legality of the guilty plea, no contest plea or probation violation admission proceeding are *(specify)*:

I request this Notice of appeal to be filed on grounds of a late issue of Notice of appeal forms to be filed + denighed for being 2 days late from New Folsome Prison year 2000

If this is denighed Can I be granted a hearing to explain the above?

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Anthony Allara                              ▶  a allara
(TYPE OR PRINT NAME)                           (SIGNATURE OF DEFENDANT OR ATTORNEY)

### COURT ORDER

This *Request for Certificate of Probable Cause* is (check one):  ☐ granted   ☐ denied.

Date: _____

_____
JUDGE

CR-120 [Rev. January 1, 2007]     **NOTICE OF APPEAL—FELONY (DEFENDANT)**     Page 2 of 2
(Criminal)

A Allara : K60159
Salinas Valley State Prison DMH A-1
" P.O. Box. 1050 "
Soledad Calif. 93960

Office of the U.S. District Court
Northern District Of California
450 Golden Gate Avenue " Box. 36060
San Francisco California 94102

Legal Mail

RECEIVED
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


