"Return of Copy"

"To whom this legally concerns"

Case # 98F09296 ##4A5C1447

I have to resort to asking you for a motion of transcripts or 2 if necessasary since I've been denighed law library here for 10 months from a suprise transfer from New Folsome Prison.

Also need to know if I still have a right to a federal trial, due to my appeal notice being 2 days late from a late issue of Notice of Appeal forms at New Folsome, where I was after my trial in superior court where I took the fift amendment since wasnt granted a change of venue due to 2 midnight cell raids while going to court from Sacramento county jail, the 1st cell raid two men held me so another bent my left arm back to fracture my elbow. The second cell raid they did the same to my right elbow, to have the second cast on while going to court.

Another difficulty is my 3 boxes of 80 $\delta^\circ$ legal work is being witheld at New Folsome for the 10 months so far ive been here from a suprise transfer.

Ive sent 3 - 602 forms to New Fofsome since the 2 - 602s here were denighed here.

P.S. Please give some basic advice, or even a potentially legal adress I can get a reply from at least for legal forms? & adress of where to send for transcripts?

"All of the above I state true under penalty of purgery"

A Allara K60159

