IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY V. ALLARA, | No. C 08-2943 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| TWO CORRECTIONAL OFFICERS AT OLD FOLSOM STATE PRISON, | |
| Defendants. / | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Old Folsom State Prison, which lies within the venue of the United States District Court for the Eastern District of California. Defendants, who are prison employees, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis. Plaintiff may disregard the clerk's notice of in forma pauperis deficiency filed June 12, 2008, because the Eastern District probably will want to apply its own procedures.

**IT IS SO ORDERED.**

Dated: June  24  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\ALLARA2943.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY V ALLARA,

        Plaintiff,

  v.

TWO CORRECTIONAL OFFICERS AT OLD FOLSOM STATE PRISON,

        Defendant.
                                         /

Case Number: CV08-02943 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Allara
K-60159/ DMH A-1
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: June 24, 2008

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk