| | | |
|---|---|---|
| **ECFHELPDESK/CAND/09/USCOURTS**<br>06/26/2008 02:05 PM | To<br>cc<br>bcc<br>Subject | Rufino Santos/CAND/09/USCOURTS@USCOURTS<br><br><br>Fw: Case ready for transfer |

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

----- Forwarded by ECFHELPDESK/CAND/09/USCOURTS on 06/26/2008 02:04 PM -----



| | | |
|---|---|---|
| **Dawn Waggoner/CAED/09/USCOURTS**<br>06/26/2008 10:55 AM | To<br>cc<br>Subject | ECF-CAND@cand.uscourts.gov<br>Jeremy Donati<br>Re: Case ready for transfer |

This case has been opened in the Eastern District as 2:08-cv-1474 KJM (PC).

**ECF-CAND@cand.uscourts.gov**

| | | |
|---|---|---|
| 06/26/2008 10:15 AM | To<br>cc<br>Subject | InterDistrictTransfer_CAED@caed.uscourts.gov<br><br>Case ready for transfer |

CASE: 3:08-cv-02943
    Title  : Allara v. Doe et al
    NOS    : 555 (Prisoner: Prison Condition)
    Cause  : 42:1983pr (42:1983 Prisoner Civil Rights)
    Remarks: CSA Supervisor: Rufino Santos

REASON: Case is ready for transfer from California Northern District.

DETAILS: Copy and paste this URL into the Prepare Transferred Case program.

//ecf.cand.circ9.dcn/cgi-bin/TransferDataFile.pl?file=./caed/cand_308cv02943_tar.gz&checkSum=63944&fileSize=625243